UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mark Falk |
| v. | : | Mag. No. 18-3546 (MF) |
| HECTOR GARCIA | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Andrew Kogan, Assistant U.S. Attorney), and defendant Hector Garcia (by Howard Brownstein, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty days to allow the parties to conduct plea negotiations and potentially attempt to finalize a plea agreement, and <u>one</u> continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Both parties desire additional time to conduct plea negotiations and potentially negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 18th day of May, 2018,

ORDERED that this action be, and it hereby is, continued for a period of sixty days, specifically from May 26, 2018, to and through July 24, 2018; and it is further

ORDERED that the period from May 26, 2018, to and through July 24, 2018, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. MARK FALK
United States Magistrate Judge

Form and entry
consented to:

_____
Andrew Kogan
Assistant U.S. Attorney

_____
Justin S. Herring
Chief, Cybercrime Unit

_____
Howard Brownstein, Esq.
Counsel for defendant